Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: laura.krank@rksslaw.com

Joshua Pond, OSB # 104824
Gilroy Napoli Short Law Group, LLC
12755 SW 69th Avenue, Suite 200
Portland, OR 97223
Tel.: (503) 747-7198
Fax: (503) 747-2951
E-mail: jpond@gnslawgroup.com

Attorneys for Plaintiff
Deanna Suarez

# UNITED STATES DISTRICT COURT

# WAYNE L. MORSE UNITED STATES COURTHOUSE

| | |
|---|---|
| DEANNA SUAREZ, | ) Case No.: 3:19-cv-01309-MK |
| Plaintiff, | ) ORDER ON MOTION FOR |
| vs. | ) ATTORNEY FEES PURSUANT TO |
| | ) 42 U.S.C. § 406(B) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

The Court hereby awards to Laura E. Krank attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $20,360.00. The Court orders Laura E. Krank to reimburse Deanna Suarez the amount of $6,446.00 for EAJA fees previously paid by the Commissioner.

DATE:  2/5/2021

s/ Mustafa T. Kasubhai
THE HONORABLE MUSTAFA T. KASUBHAI
UNITED STATES MAGISTRATE JUDGE